UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:21-CR- 252 |
| | ) | |
| v. | ) | (JUDGE Wilson) |
| | ) | |
| RODRIGO CABRERA-TOLENTINO | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA

SEP 0 1 2021

Per _____ DBK
       Deputy Clerk

### COUNT 1
18 U.S.C. § 1326
(Illegal Reentry)

On or about June 12, 2021, in Franklin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**RODRIGO CABRERA-TOLENTINO,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about November 15, 2017, through Brownsville, TX, without first having obtained permission to re-enter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

09/01/2021
DATE

_____
JOANNE M. SANDERSON
ASSISTANT U.S. ATTORNEY